# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**MAURICE HENRY,**
**# N06788**

      **Plaintiff,**

**vs.**                                  **Case No. 4:17cv11-MW/CAS**

**UNKNOWN COLONEL,**
**CAPTAIN SAMUEL MASON,**
**and OFFICER P. BENTON,**

      **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, initiated this case on January 6, 2017, by a civil rights complaint filed under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff's motion for in forma pauperis status, ECF No. 2, was granted and he was assessed an initial partial filing fee of $3.20, to be paid on or before February 10, 2017.  ECF No. 4.  On February 3, 2017, Plaintiff filed a "notice" advising that he had "no funds in" his account, could not pay the fee, and requesting "to proceed" without payment of the assessed initial partial filing fee.  ECF No. 5 at 6.

After reviewing Plaintiff's account statement again, a second Order was entered on February 7, 2017, noting that Plaintiff received, on average, $30.00 deposits in July, August, and September.  ECF No. 6 (citing ECF No. 5 at 3).  Most of the money was spent in the canteen.  *Id.* Plaintiff must "make the same economic choices otherwise required of unincarcerated litigants" and decide whether to expend his limited funds for litigation or something else.  Beck v. Symington, 972 F. Supp. 532, 536 (D. Ariz. 1997).  Plaintiff was then given an extension of time in which to submit the assessed initial partial filing fee of $3.20.  ECF No. 6.  As of this date, Plaintiff has neither paid the fee nor requested additional time in which to do so.

Plaintiff was warned that this case may be dismissed if the fee was not paid.  ECF No. 6.  It appears that Plaintiff has abandoned this litigation. This case should now be dismissed without prejudice because Plaintiff has failed to comply with court orders and failed to prosecute this case.

**Recommendation**

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for

failure to prosecute and failure to comply with court orders.

**IN CHAMBERS** at Tallahassee, Florida, on March 23, 2017.


S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**



**<u>NOTICE TO THE PARTIES</u>**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**