IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE HENRY,

      Plaintiff,

v.                           Case No. 4:17cv11-MW/CAS

UNKNOWN COLONEL,
CAPTAIN SAMUEL MASON,
and OFFICER P. BENTON,

      Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 9, along with Plaintiff's Petition for Review of Indigency, ECF No. 8, treated by this Court as objections to the report and recommendation. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This

1

case is **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with court orders." The Clerk shall close the file.

    **SO ORDERED on April 3, 2017.**

                                            <u>**s/Mark E. Walker**         </u>
                                            **United States District Judge**